# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY AVERITT

v.

STATE OF WASHINGTON, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5168RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 4); and

The action is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| June 2, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |